### UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### OFFICE OF THE CLERK

WILLIAM M. McCOOL                                      700 Stewart St, Suite 2310
CLERK                                                            Seattle, WA 98101

November 18, 2015

Merf Ehman, Nicolas Allen, Melissa Lee
Columbia Legal Services

Hank Balson
Public Interest Law Group PLLC

David Whedbee, Jesse Wing
MacDonald Hoague & Bayless

        Re:    **Haldane et al v Hammon et al**

We have received the correspondence relating to your Civil Rights Complaint.  Your case has
been assigned Case Number **15-cv-1810-RAJ-MAT**.

cc:  file