IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| DANIEL HALDANE; WENDEL JOHNSON; TIMOTHY MARTIN; LEESHAWN REDIC; on behalf of themselves and all others similarly situated<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>G. STEVEN HAMMOND, M.D., Chief Medical Officer of the WASHINGTON DEPARTMENT OF CORRECTIONS; DAN PACHOLKE, Secretary of the WASHINGTON DEPARTMENT OF CORRECTIONS<br><br>Defendant/Respondent | Cause No.:   **2:15-CV-01810-RAJ-MAT**<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>**SUMMONS; CLASS ACTION COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **24th day of November, 2015** at **12:09 PM** at the address of **7345 LINDERSON WAY SW, TUMWATER, Thurston County, WA 98501**; this declarant served the above described documents upon **WASHINGTON STATE DEPARTMENT OF CORRECTIONS c/o G. STEVEN HAMMOND, CHIEF MEDICAL DIRECTOR** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Chelsey Smith, ADMIN ASST , PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by verbal communication, a white female approx. 25-35 years of age, 5'6"-5'8" tall, weighing 140-160 lbs with brown hair..**
No information was provided or discovered that indicates that the subjects served are members of the United States military.

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 2

For: **Columbia Legal Services (Yesler)**
Ref #: **15-0030386**

Tracking #: **0009458778**



| PLAINTIFF/PETITIONER: | DANIEL HALDANE; WENDEL JOHNSON; TIMOTHY MARTIN; LEESHAWN REDIC; on behalf of themselves and all o... | CASE NUMBER: 2:15-CV-01810-RAJ-MAT |
|---|---|---|
| DEFENDANT/RESPONDENT: | G. STEVEN HAMMOND, M.D., Chief Medical Officer of the WASHINGTON DEPARTMENT OF CORRECTIONS; DAN P... | |

Service Fee Total: **$ 114.50**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED _____11/24/15_____.

_[signature]_

**Scott Gogan, Reg. # 11-0127-04, Thurston County**